UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) EMMANUEL MORENO,<br>a/k/a "Manuel Chuco," and<br><br>██████████████ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Criminal No.    23cr10054<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl (21 U.S.C. § 846)<br><br>Counts Two through Five: Distribution of and Possession with Intent to Distribute Fentanyl; Aiding and Abetting (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)); 18 U.S.C. § 2)<br><br>Count Six: Possession with Intent to Distribute 4-fluoroisobutyryl-Fentanyl; Aiding and Abetting (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)); 18 U.S.C. § 2)<br><br>Forfeiture Allegation: (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about June 2022 through on or about July 26, 2022, in Lynn, in the District of Massachusetts, and elsewhere, the defendants,

(1) EMMANUEL MORENO, a/k/a "Manuel Chuco," and

██████████████████████████████████████

conspired with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable

1

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### Distribution of and Possession with Intent to Distribute Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about June 27, 2022, in Lynn, in the District of Massachusetts, the defendants,

(1) EMMANUEL MORENO, a/k/a "Manuel Chuco," and

███████████████████████████████████████████

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
Distribution of and Possession with Intent to Distribute Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 7, 2022, in Lynn, in the District of Massachusetts, and elsewhere, the defendants,

(1) EMMANUEL MORENO, a/k/a "Manuel Chuco," and

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
Distribution of and Possession with Intent to Distribute Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 26, 2022, in Lynn, in the District of Massachusetts, and elsewhere the defendants,

(1) EMMANUEL MORENO, a/k/a "Manuel Chuco," and

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
### Distribution of and Possession with Intent to Distribute Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about September 27, 2022, in Lynn, in the District of Massachusetts, and elsewhere the defendants,

█████████████████████████████

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

_____

<u>COUNT SIX</u>
Possession with Intent to Distribute 4-fluoroisobutyryl Fentanyl;
Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C);
18 U.S.C. § 2)

The Grand Jury further charges:

On or about November 14, 2022, in Lawrence, in the District of Massachusetts, and elsewhere, the defendant,

███████████████

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-(4-Fluorophenyl)-N-(1-phenethylpiperidin-4-yl) isobutyramide, also known as 4-fluoroisobutyryl fentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2..

_____

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.  Upon conviction of one or more of the offenses, in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Six of this Indictment, the defendants,

> (1) EMMANUEL MORENO, a/k/a "Manuel Chuco," and
>
> ███████████████████████████████████████████████████

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

8

A TRUE BILL

*Michelle L. Goeden*
FOREPERSON

_____
K. NATHANIEL YEAGER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March __1__, 2023
Returned into the District Court by the Grand Jurors and filed.

            ___/s/ Thomas F. Quinn Jr  3/1/23 @ 3:57pm___
            DEPUTY CLERK